%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

In the United States District Court for the Middle    District of    Alabama, Southern Division

Jackie Trawick

V.

Ronnie Eugene Russ

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv1101-mht

TO: (Name and address of Defendant)

Ronnie Eugene Russ
1998 Old Bonifay Road
Chipley, Florida 32428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rufus R. Smith, Jr., Esq.
Post Office Drawer 6629, Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    12-20-07

CLERK                               DATE

(By) DEPUTY CLERK