| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* B. Date of Delivery<br>Ronnie E Russ<br>C. Signature<br>X _(signature)_  ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Ronnie Eugene Russ<br>1998 Old Bonifay Road<br>Chipley, Florida 32428 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:<br><br>1:07CV1101<br>SRW |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number: 7005 2570 0000 5260 0625 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |