**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JACKIE TRAWICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    CV1:07-cv-1101-mht |
| | ) |
| **RONNIE EUGENE RUSS,** | ) |
| | ) |
| **Defendant.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** Jackie Trawick, the Plaintiff in the above-captioned matter and in accordance with Federal Rules of Civil Procedure 7.1 makes the following conflict disclosure statement; to-wit:

The Plaintiff is an individual.

The undersigned counsel of record certifies that there are no reportable relationships.

Respectfully submitted.

/s/Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Plaintiff
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
Fax (334) 671-7957
rufusrsmith@yahoo.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage prepaid, addressed as follows on this the 4th day of January, 2008.

Joel W. Ramsey, Esq.
Ramsey, Baxley & McDougle
Post Office Drawer 1486
Dothan, Alabama 36302

                /s/Rufus R. Smith, Jr.
                Rufus R. Smith, Jr.
                Attorney for Plaintiff