## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

08 JAN 23  A  1:30

JACKIE TRAWICK,                        )

        Plaintiff,                 )
                 U.S. DISTRICT COURT
                 MIDDLE DISTRICT AL.

v.                                     )    CIVIL ACTION NO. 1:07-CV-1101 MHT
                                       )
RONNIE EUGENE RUSS,                    )
                                       )
        Defendant.                )

### ANSWER OF DEFENDANT

Comes now the Defendant, Ronnie Eugene Russ, and for answer to the Plaintiff's Complaint, says as follows:

1.     He acknowledges that he was involved in a motor vehicle accident with the Plaintiff at the time and place referred to in paragraph 1.

2.     He acknowledges the jurisdictional allegations of paragraphs 2, 3 and 4.

3.     He admits that he was involved in a motor vehicle accident with the Plaintiff at the time and place referred to in paragraph 5 of Count One.

4.     He is without sufficient information to admit or deny the allegations of paragraphs 6 and 7 relating to the Plaintiff's alleged injuries and damages, and demands strict proof thereof.

5.     Not Guilty and the General Issue.

RAMSEY, BAXLEY & MCDOUGLE

By _____
Joel W. Ramsey RAM 005
Attorney for Defendant
P. O. Drawer 1486
Dothan, Alabama  36302
(334) 793-6550
jwr@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Rufus R. Smith, Jr., Esq., P. O. Drawer 6629, Dothan, Alabama, 36302, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 22nd day of January, 2008.

_____
Of Counsel