**IN THE UNTIED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JACKIE TRAWICK,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **Vs.** | ) **Civil Action No: 1:07-CV-1101-MHT** |
| | ) |
| **RONNIE EUGENE RUSS,** | ) |
| | ) |
|    **Defendant.** | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1.    **Initial Meeting:**    Pursuant to Fed.R.Civ.P. 26(f) and Local Rule

26.1(a)(1), a meeting was held on January 30, 2008, and attended by:

> Rufus R. Smith, Jr. [SMI 060]
> Rufus R. Smith, Jr. & Associates
> Post Office Drawer 6629
> Dothan, Alabama 36302
> (334) 671-7959
> Fax:  (334) 671-7957
> rufusrsmith@yahoo.com
> Attorney for Plaintiff

> Joel W. Ramsey [RAM005]
> Ramsey, Baxley & McDougle
> Post Office Drawer 1486
> Dothan, Alabama  36302-4454
> (334) 793-6550
> Fax:  (334) 793-1433
> jwr@rbmlaw.org
> Attorney for Defendant

2.    **Pre-Discovery Disclosures:**  The parties will exchange by February 8, 2008

the information required by Local Rule 26.1(1)(a).

3.    **Discovery Plan:**    The parties jointly propose to the Court the following

discovery plan:

Discovery will be needed on the following subjects:  liability and damages.

All discovery will be commenced in time to be completed by June 6, 2008.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by:        April 1, 2008, and made available for

deposition on or before May 2, 2008.

From Defendant by:  May 18, 2008, and made available for

deposition on or before June 6, 2008.

Supplementation under Rule 26(e) due within 30 days of discovery.

4.    **Other Items**:

The parties do not request a conference with the Court before

entry of the Scheduling Order.

The parties should be allowed until June 6, 2008 to join additional parties and

to amend the pleadings.

All potentially dispositive motions should be filed by August 29, 2008.

The parties cannot evaluate settlement prior to the completion of expert

discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff by:      four (4) weeks before trial;

From Defendant by:   four (4) weeks before trial.

Parties shall have seven (7) days after service of final lists of witnesses and

exhibits to list objections under Rule 26(a)(3).

The case will be ready for trial during the September 8, 2008 civil trial term

and the trial is expected to take approximately three (3) days.

AGREED to this 30th day of January, 2008 by:

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. [SMI 060]
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
Fax:  (334) 671-7957
rufusrsmith@yahoo.com
Attorney for Plaintiff, Buffie Owens

/s/Joel W. Ramsey, Esq.
Joel W. Ramsey [RAM005]
Ramsey, Baxley & McDougle
Post Office Drawer 1486
Dothan, Alabama  36302-4454
(334) 793-6550
Fax:  (334) 793-1433
jwr@rbmlaw.org
Attorney for Defendant, Ronnie Eugene Ross