IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

JACKIE TRAWICK_____, )
                              )
    Plaintiff,                )  2008 JAN 30 A 9:58
                              )
v.                            )  CASE NO. 1:07-CV-1101 MHT
                              )  U.S. DISTRICT COURT
RONNIE EUGENE RUSS___         )  MIDDLE DISTRICT AL.
                              )
    Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Ronnie Eugene Russ_, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[X] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| State Farm Mutual Automobile Insurance Co. | Insurer |

January 29, 2008
Date

(Signature)

Joel W. Ramsey
(Counsel's Name)

Defendant Ronnie Eugene Russ
Counsel for (print names of all parties)
P. O. Drawer 1486
Dothan, Alabama  36302
Address, City, State Zip Code
(334) 793-6550
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Rufus R. Smith, Jr., Esq., P. O. Drawer 6629, Dothan, Alabama, 36302, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 29th day of January, 2008.

_____
Of Counsel