IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JACKIE TRAWICK,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:07-CV-1101 MHT

RONNIE EUGENE RUSS,

    Defendant.

### DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER

Comes now the Defendant in the above-styled cause and moves this Honorable Court for leave to amend its Answer to assert the affirmative defense of Contributory Negligence, and for grounds shows unto the Court as follows:

1. The Defendant has acknowledged rear-ending the Plaintiff at the time and place referred to in the Plaintiff's Complaint, i.e., March 23, 2007, on U.S. 231 in Ozark, Alabama.

2. The Defendant has acknowledged that he did not see the Plaintiff's vehicle until just before he rear-ended her.

3. At the Plaintiff's deposition on May 2, 2008, she acknowledged that she had entered U.S. Highway 231 from Marley Mill Road after stopping to look for southbound traffic and not seeing any.

4. The Plaintiff has also acknowledged that the collision occurred 100 feet south of Marley Mill Road, as stated in the police report of the accident.

5.  The Defendant has obtained an expert opinion that the Plaintiff should have seen the Defendant prior to entering U. S. 231, and realized that proceeding onto that highway was likely to cause the collision that did result.

WHEREFORE, Defendant asserts that the Plaintiff was guilty of contributory negligence in failing to see the Defendant's northbound pick-up truck and yield the right-of-way to him. This negligence was the proximate cause of the resulting collision and is, therefore, a complete defense to the Plaintiff's negligence claim.

By _____
Joel W. Ramsey RAM 005
Attorney for Defendant
P. O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550
jwr@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Rufus R. Smith, Jr., Esq., P. O. Drawer 6629, Dothan, Alabama, 36302, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 21st day of May, 2008.

_____
Of Counsel