IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JACKIE TRAWICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv1101-MHT |
| ) | |
| BONNIE EUGENE RUSS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion for leave to amend answer (doc. no. 11) is set for submission, without oral argument, on June 2, 2008, with all briefs due by said date.

DONE, this the 27th day of May, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE