IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JACKIE TRAWICK,            ) | |
| ) | |
| Plaintiff,             ) | |
| ) | CIVIL ACTION NO. |
| v.                  ) | 1:07cv1101-MHT |
| ) | |
| BONNIE EUGENE RUSS,         ) | |
| ) | |
| Defendant.             ) | |

### ORDER

It appearing that defendant acted diligently and in good faith and that there is no prejudice to plaintiff, it is ORDERED that plaintiff's motion to strike (doc. no. 13) is denied.

DONE, this the 1st day of July, 2008.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE