IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JACKIE TRAWICK,              )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )      1:07cv1101-MHT
                             )
BONNIE EUGENE RUSS,          )
                             )
    Defendant.               )
```

ORDER

It appearing that the delay in defendant's discovery of an affirmative defense can be attributed to both defendant (not answering plaintiff's interrogatories within the time allowed) and plaintiff (not allowing the depositions of the parties until after defendant had answered her interrogatories); the court being of the opinion that to prohibit defendant's affirmative defense would be an unduly harsh sanction; and the court being of the opinion that justice would be best served by allowing this case to be heard in full on the merits, without the

suppression of any viable claims and defenses, it is ORDERED that defendant's motion for leave to amend answer (Doc. No. 11) is granted and defendant is to file an amended answer by no later than July 8, 2008.

It is further ORDERED that the uniform scheduling order (Doc. No. 9) is amended as follows:

(1) The parties are allowed until July 15, 2008, to amend pleadings.

(2) The parties are allowed until August 15, 2008, to complete discovery.

(3) The parties are allowed until August 15, 2008, to file dispositive motions.

(4) Plaintiff is allowed until July 31, 2008, to disclose the identity of any expert witness, as provided in the uniform scheduling order (Doc. No. 9).

DONE, this the 1st day of July, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE