**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

JACKIE TRAWICK,                )
                               )    2008 JUL 18  A 10: 44
        Plaintiff,             )
                               )    DRA P. HACKE
v.                             )    U.S. DISTRICT COURT
                               )    MIDDLE DISTRICT ALA CIVIL ACTION NO. 1:07-CV-1101 MHT
                               )
RONNIE EUGENE RUSS,            )
                               )
        Defendant.             )


**DEFENDANT'S AMENDED ANSWER**

Comes now the Defendant, Ronnie Eugene Russ, and for answer to the

Plaintiff's Complaint, says as follows:

1.      He acknowledges that he was involved in a motor vehicle accident with

the Plaintiff at the time and place referred to in paragraph 1.

2.      He acknowledges the jurisdictional allegations of paragraphs 2, 3 and 4.

3.      He admits that he was involved in a motor vehicle accident with the

Plaintiff at the time and place referred to in paragraph 5 of Count One.

4.      He is without sufficient information to admit or deny the allegations of

paragraphs 6 and 7 relating to the Plaintiff's alleged injuries and damages, and

demands strict proof thereof.

5.      Not Guilty and the General Issue.

6.      The Defendant contends that at the time and place referred to in the

Plaintiff's Complaint, the Plaintiff was guilty of negligence which proximately caused

whatever injuries or damages she may have suffered in that she entered U.S. Highway

231 South from Marley Mill Road approximately 100 feet from the place where the

collision occurred. At the intersection of Marley Mill Road and U.S. Highway 231, the

Plaintiff had a duty to look for southbound traffic on U.S. 231 close enough to be a

hazard. The Defendant either failed to look or failed to see the Defendant's oncoming

vehicle and pulled out onto U.S. 231 from Marley Mill Road, thereby causing the

subsequent collision between the parties. Due to the Plaintiff's Contributory

Negligence, she is barred from recovering in this action.

RAMSEY, BAXLEY & MCDOUGLE

By_____
Joel W. Ramsey RAM 005
Attorney for Defendant
P. O. Drawer 1486
Dothan, Alabama  36302
(334) 793-6550
jwr@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Rufus R. Smith, Jr., Esq., P. O. Drawer 6629, Dothan, Alabama, 36302, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 17th day of July, 2008.

_____
Of Counsel