## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE TRAWICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **Vs.** | )**Civil Action No: 1:07-CV-1101-MHT** |
| | ) |
| **RONNIE EUGENE RUSS,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE CONCERNING SETTLEMENT
## CONFERENCE AND MEDIATION

Pursuant to **SECTION 3** of the Court's **UNIFORM SCHEDULING**

**ORDER** of January 30, 2008 as amended on July 1, 2008, counsel for the

Plaintiff and Defendant conducted a face-to-face settlement conference on

September 4, 2008.

At said conference said counsel engaged in good faith settlement

negotiations.  A settlement was not reached.

The parties do not believe that mediation will assist them in resolving

this case.

> /s/ Rufus R. Smith, Jr.
> Rufus R. Smith, Jr. (SMI060)
> Rufus R. Smith, Jr. & Assoc.
> Attorneys for Plaintiff
> Post Office Drawer 6629
> Dothan, Alabama 36302
> (334) 671-7959
> FAX: (334) 671-7957

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by placing a copy of the same in the U.S. mail, postage prepaid, and addressed as follows on this $\underline{4^{th}}$ day of September, 2008.

Joel W. Ramsey, Esq. [RAM005]
RAMSEY, BAXLEY, & McDOUGLE
Post Office Drawer 1486
Dothan, Alabama  36302
Phone Number:  (334) 793-6550
Email: jwr@rbmlaw.org

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Of Counsel