IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JACKIE TRAWICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv1101-MHT |
| | ) | (WO) |
| RONNIE EUGENE RUSS, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

On the 18th day of November, 2008, after this cause had been submitted to a jury, a verdict was returned as follows:

1. Has plaintiff Jackie Trawick proved by a preponderance of the evidence that the injuries and damages she suffered were proximately caused by defendant Ronnie Eugene Russ's negligence?

    Yes _____

    No   X

            XXX

DONE, this the 18th day of November, 2008.

                    /s/ Robert J. Baldwin
                         FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Ronnie Eugene Russ and against plaintiff Jackie Trawick, with plaintiff Trawick taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Trawick, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of November, 2008.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE